IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**                                                                    **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO. 1:08-cv-265LG-RHW**

**JONATHAN D. JAMES**                                                                              **DEFENDANT**

## JUDGMENT BY DEFAULT

**THIS MATTER IS BEFORE THE COURT** on the Motion for Default Judgment [6] filed by the plaintiff, the United States of America.  A clerk's entry of default has been entered as to the defendant, Jonathan D. James, in the above-styled cause in accordance with Rule 55 of the *Federal Rules of Civil Procedure,* and counsel for the plaintiff has requested a judgment against defendant and has filed a proper certificate with the Clerk of Court as to the amount due from the defendant to the plaintiff.  Therefore, the Court finds that the Motion for Default Judgment [6] filed by the plaintiff should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion for Default Judgment [6] filed by the plaintiff, the United States of America, should be **GRANTED**. Judgment is hereby rendered in favor of the plaintiff, the United States of America, and against the defendant, Jonathan D. James, in the sum of $6,214.06 ($2,700.00 principal, plus $3,514.06 interest as of April 29, 2008), at the rate of 8% per annum from and after April 29, 2008, to the date of judgment, pursuant to 28 U.S.C. Section 2412(a)(2).  Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded

annually until paid in full.

**SO ORDERED AND ADJUDGED** this the 9th day of September, 2008.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge
